UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-24555-PCH

JANIOR PEREZ,

    Plaintiff,

v.

ELITE IMAGING, LLC, ROHIT KISHIN NAVANI, and LAURA KASSA,

    Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

THIS MATTER came before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice and Motion to Approve Settlement. The Court has reviewed the Settlement Agreement and has determined that, under the circumstances, the amount set forth in the Settlement Agreement is a fair and reasonable resolution of Plaintiff's Claims. The Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the stipulation and settlement is APPROVED and Plaintiff's Complaint is accordingly DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs consistent with the parties' Agreement.

DONE AND ORDERED this 30th day of March 2017 in Miami, Florida.

                                              PAUL C. HUCK
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
*All Counsel of Record*

4849-4030-1380, v. 1